IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEREK HAMILTON,

    Plaintiff,

v.                                      No. 13-cv-0018 SMV/KK

MICHAEL ALLEN and PRICE TRUCK LINE, INC.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    October 6, 2014, at 3:00 p.m.

**Matter to be heard**:  Status of case

    A telephonic status conference is hereby set for **October 6, 2014, at 3:00 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.