IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEREK HAMILTON, an individual,

    Plaintiff,

vs.	Case No.	13-CV-00018 SMV/KK

MICHAEL ALLEN, an individual, and
PRICE TRUCK LINE, INC., a foreign corporation,

    Defendants.

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice, by and through their respective counsel of record, and the Court having read said Motion, having reviewed this Stipulated Order presented by the parties for the Court's approval, and otherwise being fully advised, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Derek Hamilton's Complaint against Defendants Michael Allen and Price Truck Line, Inc. with all causes of action that were or could have been brought therein against said Defendants, is dismissed with prejudice. It is additionally ORDERED that each party shall bear their own attorney's fees and costs.

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

Respectfully submitted,

CIVEROLO, GRALOW, HILL & CURTIS
A Professional Association


By:   */s/ Lance D. Richards 2/26/2015*
        Lance D. Richards
        Justin L. Robbs
        *Attorneys for Defendants*
        P. O. Box 887
        Albuquerque, New Mexico 87103
        505/842-8255


APPROVED BY:


By:   *Roger V. Eaton, e-mailed approval 2/26/2015*
        Roger V. Eaton, Esquire
        *Attorney for Plaintiff*
        7103 4th Street, NW, Building O-3
        Los Ranchos de Albuquerque, New Mexico 87107
        505/264-9116

11642.012; Stipulated Order for Dismissal with Prejudice.docx